# UNITED STATES DISTRICT COURT
## for the
### Southern District of Georgia
### Statesboro Division

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.
2019 MAR 19 AM 11:14
CLERK_____
SO. DIST. OF GA.

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No: 6:04CR00010-1 |
| Jassiem Hamid ) | USM No: 56071-019 |
| Date of Original Judgment: March 31, 2005 ) | |
| Date of Previous Amended Judgment: October 22, 2015 ) | Bruce Harvey |
| *(Use Date of Last Amended Judgment if Any)* | *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(1)(B)

Upon motion of ☐ the defendant ☐ the Director of the Bureau of Prisons ☒ the court under 18 U.S.C. § 3582(c)(1)(B) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the First Step Act of 2018 pursuant to Pub. L. No. 115-391, and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
   ☒ **DENIED.**   ☐ **GRANTED** and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months **is reduced to** _____.

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated   March 31, 2005   shall remain in effect.
**IT IS SO ORDERED.**

Order Date: 3/19/2019

_____
*Judge's signature*

Effective Date: _____
*(if different from order date)*

J. Randal Hall, Chief Judge
United States District Court
Southern District of Georgia
*Printed name and title*